771 S.E.2d 635

Loida COLONNA, Petitioner,

v.

MARLBORO PARK HOSPITAL, Employer, and Gallagher
Bassett Services, Inc., Carrier, Respondents.

Appellate Case No. 2013–001599.
No. 27513.

Supreme Court of South Carolina.

Heard March 17, 2015.
Decided April 8, 2015.

Stephen Benjamin Samuels, of Samuels Law Firm, LLC, of Columbia, for Petitioner.

Weston Adams, III, of McAngus Goudelock & Courie, L.L.C., of Columbia, and Helen Faith Hiser, of McAngus Goudelock & Courie, L.L.C., of Mount Pleasant, both for Respondents.

## CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED

PER CURIAM.

We granted certiorari to review the Court of Appeals' decision in *Colonna v. Marlboro Park Hospital*, 404 S.C. 537, 745 S.E.2d 128 (Ct.App.2013). After careful consideration of the Appendix and briefs, the writ of certiorari is

**DISMISSED AS IMPROVIDENTLY GRANTED.**

TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.